UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 02-37 RHK/JMM

Patricia Manning,

Plaintiff,

vs.

UNUM Life Insurance Company of America,

Defendant.

**ORDER TO AMEND PLEADINGS**

**IT IS HEREBY ORDERED THAT**:

Pursuant to the Stipulation of the parties "UnumProvident Corporation" shall be stricken from the caption of this case and replaced with "UNUM Life Insurance Company of America."

Dated this 19 day of March, 2002.

John M. Mason
UNITED STATES MAGISTRATE JUDGE

G:\WPDATA\U\UNUMPROVIDENT\61-MANNING\PLD\STIP TO AMD PLDGS.DOC



MAR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 02-37 RHK/JMM

Patricia Manning,

Plaintiff,

vs.

UnumProvident Corp.,

Defendant.

**STIPULATION TO AMEND PLEADINGS**

This Stipulation is entered into by the parties on 15TH day of March, 2002, for the purpose of amending the pleadings to reflect that UnumProvident Corporation will be stricken from the caption of this case and replaced with UNUM Life Insurance Company of America.

Dated: 3-15, 2002.

**BABCOCK, NEILSON, MANNELLA, LAFLEUR & KLINT**

Robert F. Mannella

Robert F. Mannella (ID# 67234)
118 East Main Street
Anoka, Minnesota 55303

Telephone: (763-421-5151)
Attorneys for Plaintiff

**KRASS MONROE, P.A.**

John Harper III (ID# 41397)
~~Terrance~~ J. Wagener (ID# 213676)
Suite 1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Defendant



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK